IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY B. ADAMS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This is a social security appeal. The government has filed an answer and the record has been deposited with the clerk of the court. The government has also filed a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. This case should be progressed. Accordingly,

IT IS ORDERED that:

1. The plaintiff shall file a brief responding to the government's brief by January 3, 2006;

2. The government may file a reply brief by February 2, 2006.

3. The government's motion to dismiss shall be ripe for decision on February 8, 2006.

DATED November 30, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge