IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY B. ADAMS SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3067 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's Notice of Substitution of Counsel, filing 20, construed as a motion for substitution of counsel is granted.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge